## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOWN OF WAPPINGER, NY, ON BEHALF OF ITSELF AND ALL OTHERS SIMILARLY SITUATED<br><br>　　　　　Plaintiff,<br><br>**v.**<br><br>VERIZON COMMUNICATIONS INC., ET AL.,<br><br>　　　　　Defendants | Case No. 7:24-CV-09330-CS<br><br>NOTICE OF PARTIAL VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) |

## NOTICE OF PARTIAL VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i) AS TO DEFENDANTS CHAUTAUQUA & ERIE TELEPHONE CORPORATION AND TACONIC TELEPHONE CORPORATION

　　　Plaintiff Town of Wappinger, NY, on behalf of itself and all others similarly situated, by undersigned Counsel, hereby voluntarily dismisses its claims, without prejudice, against only Defendants Chautauqua & Erie Telephone Corporation and Taconic Telephone Corporation ("Consolidated Communications"), pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(i). Neither Defendant has served an answer or a motion for summary judgment, so dismissal pursuant to Rule 41(a)(1)(A)(i) is proper.

　　　Dated: July 10, 2025　　　　　　　　　　　　　**NAPOLI SHKOLNIK**

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Nestor D. Galarza
　　　　　　　　　　　　　　　　　　　　　　　　　　NESTOR D. GALARZA (PRO HAC VICE)
　　　　　　　　　　　　　　　　　　　　　　　　　　NS PR LAW SERVICES
　　　　　　　　　　　　　　　　　　　　　　　　　　1302 Avenida Ponce de Leon
　　　　　　　　　　　　　　　　　　　　　　　　　　Santurce, PR 00907
　　　　　　　　　　　　　　　　　　　　　　　　　　Tel: (787) 493-5088
SO ORDERED.　　　　　　　　　　　　　　　　　　Fax: (646) 843-7603
　　　　　　　　　　　　　　　　　　　　　　　　　　NGalarza@NSPRLaw.com
_/s/ Cathy Seibel_　　7/11/25　　　　　　　　　　　*Counsel for Plaintiff*
CATHY SEIBEL, U.S.D.J.

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Voluntary Dismissal was served on July 10, 2025, by the Court's electronic filing system to all counsel of record in the above-captioned action.

**NAPOLI SHKOLNIK**

/s/ Nestor D. Galarza
NESTOR D. GALARZA (PRO HAC VICE)
NS PR LAW SERVICES
1302 Avenida Ponce de Leon
Santurce, PR 00907
Tel: (787) 493-5088
Fax: (646) 843-7603
NGalarza@NSPRLaw.com
*Counsel for Plaintiff*

2