IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TOWN OF WAPPINGER, NY, on behalf of itself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>VERIZON COMMUNICATIONS, INC., et al.,<br><br>*Defendants.* | Civil Action No. 7:24-cv-9330 (CS) |

## AMENDED DECLARATION OF WALTER COTTER IN SUPPORT OF THE FRONTIER DEFENDANTS' MOTION TO DISMISS

I, Walter Cotter, hereby declare the following pursuant to 28 U.S.C. § 1746:

1. I respectfully submit this declaration in support of Defendants' Frontier Telephone of Rochester, Inc., Frontier Communications of Seneca-Gorham, Inc., Ogden Telephone Company, Frontier Communications of Sylvan Lake, Inc., Frontier Communications of Ausable Valley Inc., Citizens Telecommunications Company of New York, Inc., Frontier Communications of America, Inc., Frontier Communications of New York, Inc., and Frontier Communications of Rochester Inc (the "Frontier Defendants" or "Frontier") Motion to Dismiss, dated July 29, 2025.

2. I am a Local Manager in New York for Frontier.

3. I understand that the Town of Wappinger, New York is the Plaintiff in this action and has alleged that it has been damaged in various ways by the presence of lead-sheathed telecommunications cables in Wappinger.

4. I have personal knowledge of the location of the Frontier Defendants' telecommunications and cable networks in the state of New York, including in Dutchess County,

where Wappinger is located. If called to testify, I could and would testify competently as to the matters described herein.

5. The Frontier Defendants have undertaken a detailed review of their records and conducted field inspections regarding its telecommunications and cable facilities. Based upon this review, the Frontier Defendants have not identified and have no knowledge of current or past ownership of operation of lead sheathed cable in Wappinger by Frontier Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: ~~New York,~~ New York
    [Date] 10-28-25
    RHINEBECK, NY

WALTER COTTER

2