**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

TOWN OF WAPPINGER, NY, on behalf of
itself and all others similarly situated,

Plaintiff,

-against-

24 **CIVIL** 9330 (KMK)

# JUDGMENT

VERIZON COMMUNICATIONS INC., et al.,

Defendants.

---------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order & Opinion dated September 30, 2026, Defendants' motions to dismiss are granted. Because Plaintiff failed to adequately establish standing and the Court thus lacks subject matter jurisdiction, the dismissal is without prejudice. *See Martin v. Bottom Line Concepts, LLC*, 723 F. Supp. 3d 270, 280 (S.D.N.Y. 2024) ("[A] dismissal for lack of standing is, by definition, without prejudice.").

**Dated:** New York, New York

September 30, 2026

**TAMMI M. HELLWIG**

______________________________
**Clerk of Court**

**BY:** K. Mango

______________________________
**Deputy Clerk**